JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVINO GUITIERREZ SIMMENTAL,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ACUITY BRANDS LIGHTING, INC.,<br><br>　　　Defendant. | Case No. 2:23-cv-05157-SB-AFM<br><br>ORDER OF DISMISSAL ON STIPULATION |

　　Pursuant to the parties' stipulation, Dkt. No. 24, Plaintiff's claims are dismissed in their entirety with prejudice.

Date: January 26, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge